**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00198-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     REGINALD JEROME WRAY,
     *a.k.a. Raymond Anderson*,

     Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

     This matter has been scheduled for a **two-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **October 7, 2013 at 9:00 a.m.**  It is

     ORDERED THAT all pretrial motions shall be filed by **August 28, 2013** and responses to these motions shall be filed by **September 9, 2013**.  It is further

     ORDERED that a Trial Preparation Conference is set for **September 30, 2013 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

     The parties shall be prepared to address the following issues at the Trial Preparation Conference:

     1)     jury selection;

     2)     sequestration of witnesses;

3)   timing of presentation of witnesses and evidence;

4)   anticipated evidentiary issues;

5)   any stipulations as to fact or law; and

6)   any other issue affecting the duration or course of the trial.

DATED: August 8, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge