**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Nick Richards<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: Darren Streich | Date: February 19, 2014<br>Interpreter: n/a |

**CASE NO.** 13-cr-00198-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Richard Allyn Hosley, III |
| Plaintiff, | |
| vs. | |
| **1. REGINALD JEROME WRAY**, | Matthew Kyle Belcher |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION: 12:59 p.m.**
Appearances of counsel.  Defendant is present and in custody.

Defendant entered his plea on November 4, 2013 to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion regarding competence of the defendant. Mr. Belcher informs the Court that defendant is competent to proceed to sentencing.

Counsel for the government makes oral Motion for Third Point for Acceptance of Responsibility.

**ORDERED:**  Government's oral Motion for Third Point is **GRANTED**.

Discussion regarding Defendant's Objections to the Presentence Report [Doc. No. 28, filed January 30, 2014].

**ORDERED:**   Defendant's objection to paragraph 20 of the Presentence Report is **OVERRULED**.

**COURT IN RECESS: 2:30 p.m.**
**COURT IN SESSION: 2:40 p.m.**

Discussion regarding Defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553(a) [Doc. No. 29, filed February 5, 2014], Motion to Restrict Document Nos. 33 and 34 [Doc. No. 32, filed February 11, 2014], Motion for a Sentence Reduction Pursuant to Section 5K1.1, *United States Sentencing Guidelines* [Doc. No. 34, filed February 11, 2014; motion is filed under Restriction - Level 2], and objections to the search condition and sex offender registry condition proposed by the probation department.

**ORDERED:**   Motion for a Sentencing Reduction [34] is **GRANTED** to the extent requested by the government.

**ORDERED:**   Defendant's objections to the search condition and sex offender registry condition proposed by the probation office are **OVERRULED**.

**ORDERED:**   Defendant's Motion for a Variant Sentence [29] is **DENIED** as stated on the record.

**ORDERED:**   Government's Motion to Restrict Document Nos. 33 and 34 [32] is **GRANTED**. Document numbers 33 and 34 shall remain under Restriction - Level 2.

Counsel for the government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Reginald Jerome Wray, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **77 months**.

The Court RECOMMENDS that the Bureau of Prisons designate the defendant to a

facility equipped to address the mental health issues and treatment deemed necessary for the defendant, both as they relate to sexual matters and as they relate to more general mental health needs and treatment.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state, or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16911, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- ( ) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.
- ( ) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- ( ) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

| | |
|---|---|
| ( ) | Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule. |
| (**X**) | Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. Defendant shall remain medication compliant with respect to such medications as may be prescribed for him during the course of mental health treatment. |
| ( ) | Defendant shall be placed on home detention for a period of  months, to commence within ten days of release from imprisonment. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer. |
| (**X**) | The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph and Abel examinations, as directed by the probation officer. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. |
| (**X**) | The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to such a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. |
| (**X**) | The defendant shall not knowingly associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia. |

**ORDERED:**   Defendant shall pay **a $100.00** special assessment fee, to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess: 3:50 p.m.**
**Total time: 02:41**
**Hearing concluded.**