**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: | Date:   June 8, 2015 |
| Court Reporter:   Tracy Weir | Interpreter: n/a |
| Probation Officer:   Gary Kruck | |

**CASE NO.**

Parties                                                                                 Counsel

UNITED STATES OF AMERICA,                                       Peter McNeilly

       Plaintiff,

v.

1.   REGINALD JEROME WRAY,                                      Matthew Belcher

       Defendant.

==AMENDED== **COURTROOM MINUTES**

**RESENTENCING HEARING
COURT IN SESSION:        9:01 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Discussion held regarding the status of the case and pending motion.   Mr. Belcher states that Defendant is still not receiving his medication at the facility where he is being held, but that Defendant is prepared to proceed.

Court's findings regarding Government's Motion for Sentence Reduction Pursuant to U.S.S.G. § 5K1.1.

==***ORDERED:  Government's Motion for Sentence Reduction Pursuant to U.S.S.G. § 5K1.1 (Doc. 60).***==

Discussion held regarding objections filed by Mr. Belcher to the original presentence investigation report and Defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553(a) [Doc. 29].

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Discussion held and argument given regarding Defendant's request for credit for time spent in custody and having this sentence to run concurrent with Defendant's state court sentence.

**ORDERED:** Defendant's request for time spent in custody and to have the sentence run concurrent with Defendant's state court sentence is DENIED.

On February 19, 2014, Defendant Reginald Jerome Wray was committed to the custody of the Bureau of Prisons to be imprisoned for a term of 77 months. Defendant is before the Court today after judgment was entered by the United States Court of Appeals for the Tenth Circuit, remanding the case for resentencing.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range as set forth in the Addendum (Doc. 59).

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Reginald Jerome Wray, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **51** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant in a facility which is most able to address such mental health concerns that need attention.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years** (previously imposed on 2/19/2014).

**ORDERED: Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

  (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
  (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as Defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
  (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
  (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
  (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as Defendant is released from the program by the probation officer. Defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
  (**X**) Defendant shall comply with any and all federal and state sex offender registration requirements and comply with all directions with regard to registration that he may be given by federal and/or state authorities.
  (**X**) Defendant shall submit his or her person to property, house, residence, papers, or office to a search conducted by the United States Probation Officer.   Failure to submit to such a search may be grounds for revocation of release.   Defendant shall warn any other occupants that the premises may be subject to search pursuant to this condition.   An officer conducting the search may do so only when reasonable suspicion exists that Defendant has violated a condition of his supervision and believes evidence of his violation exists.   Any such search must be conducted at a reasonable time and in a reasonable manner.
  (**X**) Defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **10:04 a.m.**
Hearing concluded.
Total time:              1:03